AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:25-mj-153 |
| DAVID RAMOS, | ) | |
| a/k/a "Bartolo Gomez-Velasquez," | ) | |
| a/k/a "Maynor Moralez-Mendez," | ) | |
| a/k/a "Luis Rodriquez-Gutierrez," | ) | |
| a/k/a "Daniel Cantu," | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 23, 2023   in the county of   Hamilton   in the
Southern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*M. Klauenberg*
*Complainant's signature*

Matthew W. Klauenberg, Deportation Officer, ICE
*Printed name and title*

Received be reliable electronic means and
sworn and attested to by FaceTime.

Date:   **Feb 21, 2025**

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state:   Cincinnati, Ohio

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.**  1:25-mj-153 |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DAVID RAMOS,** | : | |
| a/k/a "Bartolo Gomez-Velasquez," | : | |
| a/k/a "Maynor Moralez-Mendez," | : | |
| a/k/a "Luis Rodriquez-Gutierrez," | : | |
| a/k/a "Daniel Cantu," | : | |
| | | |
| **Defendant.** | | |

---

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a Deportation Officer with Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") and I have received specialized training in establishing alienage and removability of foreign-born citizens.  I also have extensive knowledge of, and experience reviewing, Alien files ("A-files") which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any prior removal from the United States and the reason for such

1

removal. The documents, including fingerprint records of the alien, are placed in the A-file by representatives of the Department of Homeland Security as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

2.     This affidavit is submitted in support of a criminal complaint and arrest warrant charging **David RAMOS, a/k/a "Bartolo Gomez-Velasquez," a/k/a "Maynor Moralez-Mendez," a/k/a "Luis Rodriquez-Gutierrez," a/k/a "Daniel Cantu,"** with violating 8 U.S.C § 1326(a) in that, on or about April 23, 2023, the above named defendant, a previously removed alien, was found in the United States, specifically in Cincinnati, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been denied admission, excluded, deported, or removed from the United States.

3.     This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

4.     On or about April 23, 2023, law enforcement officers with the Springdale, Ohio Police Department ("Springdale Police") encountered the above-named defendant after he struck a Springdale Police cruiser with his vehicle and fled on foot. The Springdale Police quickly apprehended the defendant and took him into custody. Once at the Hamilton County Justice Center in Cincinnati, Ohio, the defendant's fingerprints were taken and submitted to ICE databases, which

2

confirmed a match to **David RAMOS** and numerous aliases. During this encounter, ICE received the Immigrant Alien Query ("IAQ") automatically in the Alien Criminal Response Information Management System ("ACRIMe").

5.  I have since reviewed ICE databases and the physical A-file for **David RAMOS**. Based on my training and experience, I know that ICE databases and the A-file track and document each time an alien is deported from the United States by ICE. The ICE databases and/or the physical A-file would indicate whether an alien is granted permission to enter or re-enter the United States. According to ICE databases, **David RAMOS** is a native and citizen of Mexico, and not a citizen of the United States, who has been deported from the United States on or about: March 17, 2009 through El Paso, Texas, April 5, 2009 through Nogales, Arizona, and December 12, 2010 through Laredo, Texas.

6.  Upon further review of ICE databases, there is no evidence of **David RAMOS** having obtained express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

7.  Based on my review of the information contained on **David RAMOS** on the ICE databases and in the physical A-file, there is no record of him ever applying for, or receiving permission from, the Attorney General of the United States or her designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in **David RAMOS's** A-file and/or on the ICE databases.

3

## CONCLUSION

Based upon the foregoing, I submit there is probable cause to conclude that on or about April 23, 2023, **David RAMOS**, an alien, was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and having not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

_M. Klauenberg_
Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Received by reliable electronic means
and sworn and attested to by FaceTime on
**Feb 21, 2025**

Karen L. Litkovitz
United States Magistrate Judge

4